# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Ralph L Cheek and Janet E Cheek<br>*Plaintiff*<br>v.<br>Susan L Lekas and Heartland Capital Funding Inc, a Minnesota Corporation<br>*Defendant* | )<br>)<br>)  Civil Action No. 4:15-cv-05089-SAB<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment, ECF No. 23, is GRANTED.
Plaintiff's claims re Promissory Notes and mortgages dated 2/10/99 and 4/21/00 are DISMISSED WITH PREJUDICE.
Title is quieted in favor of, and Any Cloud on Title Removed From, Susan L. Lekas.
Notice of Pendency of Action, Auditor's No. 2015-08113 shall be CANCELLED.
Judgment in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on a motion for
Defendant's Motion for Summary Judgment, ECF No. 23, is GRANTED.

Date: 11/15/16

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler